## MURPHEY *v.* FRANKLIN.

BECK, J. Neither the instructions of the court complained of by the plaintiff in error nor the rulings as to the admissibility of evidence were erroneous for any of the reasons urged. The evidence authorized the verdict, and the refusal of a new trial was not error.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
MARCH 9, 1915. REHEARING DENIED APRIL 23, 1915.

Processioning. Before Judge Daniel. Pike superior court. July 18, 1914.

*C. J. Lester,* for plaintiff in error. *E. F. Dupree,* contra.